# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTIVE DESIGNS, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br>　　　　　　counterclaim<br>　　　　　　defendant<br><br>vs.<br><br>NIKE USA, INC.,<br><br>　　　　　　Defendant,<br>　　　　　　counterclaimant | Case No.  2:13-cv-05058-JAK-(PLAx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE   JS-6** |

Based upon the Stipulation filed by the parties on May 14, 2014, and good cause appearing therefor,

IT IS HEREBY ORDERED dismissing all claims and counterclaims filed in the present action with prejudice, each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED:  May 16, 2014　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　United States District Judge

1